UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

EUGENIA CONGEMI,

                Plaintiff,                        19 Civ. 8220 (AEK)

      -against-                           **ORDER**

WAL-MART STORES EAST, LP,

                Defendant.

-------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

The Court has been informed that the parties have reached a settlement in principle in this matter.  ECF No. 45.  Accordingly, it is hereby **ORDERED** that this action is dismissed without costs to any party, and without prejudice to restoring the action to the Court's calendar, provided the application is made within forty-five (45) days of this Order.  Any application to reopen that is filed after forty-five (45) days from the date of this Order may be denied solely on that basis.

Dated: August 8, 2022
       White Plains, New York

                                                                       ANDREW E. KRAUSE
                                                                       United States Magistrate Judge